CASES DISPOSED OF WITHOUT CONSIDERATION BY THE COURT FROM FEBRUARY 21 TO MAY 29, 1911.

No. 352. THE UNITED STATES, PLAINTIFF IN ERROR, *v.* THOMAS FRANKLIN. Error to the Circuit Court of the United States for the Southern District of New York. February 27, 1911. Dismissed, on motion of *Mr. Solicitor General Lehmann* for the plaintiff in error. *The Attorney General* for the plaintiff in error. *Mr. S. T. Ansell* for the defendant in error.

No. 926. M. G. SAMUELS, APPELLANT, *v.* CHARLES A. READ, TRUSTEE IN BANKRUPTCY OF A. LANDSBERGER, BANKRUPT. Appeal from the United States Circuit Court of Appeals for the Fifth Circuit. February 27, 1911. Docketed and dismissed with costs, on motion of *Mr. E. C. Brandenburg* for the appellee. *Mr. E. C. Brandenburg* for the appellee. No one opposing.